1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4

5  Attorneys for Defendant
   **JASON HOOSON**

**FILED**

AUG 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 5-12-CR-00210 HRL |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER WAIVING APPEARANCE, OF DEFENDANTS IN THIS MATTER |
| vs. | |
| JASON HOOSON, et al., | |
| Defendant. | |

Defendants, Jason Hooson and Jason Stansbury, through their counsel Richard P. Pointer and David Johnson and the United States through Meredith J. Edwards hereby stipulate that the defendants appearance at the status hearing on August 30, 2012, at 1:30 p.m., is hereby waived.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) The parties are still reviewing the discovery in this matter.

Respectfully submitted,

Dated: August 30, 2012

Richard P. Pointer
Attorney for Jason Hooson

---
Stipulation and (Proposed Order for
Continuance of Status Hearing                    1

Dated: August 30, 2012

David Johnson
Attorney for Jason Stansbury

Dated: August 30, 2012

Meredith J. Edwards
Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court waives the appearance of defendants, Jason Hooson and Jason Stansbury at the August 30, 3012 status hearing. SO ORDERED.

Dated: August 30, 2012

HOWARD R. LLOYD
Magistrate United States District Judge