1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
4 E-mail:    rpointer@hinklelaw.com

Attorneys for Defendant
**JASON HOOSON**

**FILED**

OCT - 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO: 5-12-CR-00210 HRL |
|---|---|
| Plaintiff, | ) STIPULATION AND (PROPOSED) ORDER FOR MOVING OCTOBER 4, 2012 STATUS HEARING, AND EXCLUDING TIME |
| vs. | |
| JASON HOOSON, et al., | |
| Defendant. | |

Defendants, Jason Hooson and Jason Stansbury, through their counsel Richard P. Pointer and David Johnson and the United States through Meredith J. Edwards hereby stipulate to the continuance of the status hearing from October 4, 2012, at 1:30 p.m., to December 13, 2012, at 1:30 p.m.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) The office of U.S. Attorney provided the defense with substantial new discovery requiring review by the defense expert.

(2) United States Attorney, Meredith J. Edwards, has no objection to having the status conference continued.

---
Stipulation and (Proposed Order for
Continuance of Status Hearing                    1

The government and defense stipulate that the factors stated above provide a basis for an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(7)(B)(iv) in that the ends of justice outweigh the public interest in an earlier trial date.

Respectfully submitted,

Dated: October 3, 2012            /s/Richard P. Pointer
                                  Richard P. Pointer
                                  Attorney for Jason Hooson

Dated: October 3, 2012            /s/ David Johnson
                                  David Johnson
                                  Attorney for Jason Stansbury

Dated: October 3, 2012            /s/ Meredith J. Edwards
                                  Meredith J. Edwards
                                  Assistant United States Attorney

### ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules the parties' October 4, 2012, status hearing to December 13, 2012 at 1:30 p.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from October 4, 2012 to December 13, 2012. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

Dated: October 4, 2012

HOWARD R. LLOYD
Magistrate United States District Judge